

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2019

No. 04-18-00131-CV

Lorraine **KENYON**, Individually and as Executrix of the Estate of Theodore Kenyon,
Appellant

v.

**ELEPHANT INSURANCE COMPANY, LLC**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI14055
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice[1]
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

Appellant's motion for reconsideration en banc is pending before the court. The court hereby requests that appellee file a response to the motion no later than fourteen (14) days from the date of this order. *See* TEX. R. APP. P. 49.2.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2019.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court

---

[1] Chief Justice Marion dissents to the order requesting a response and would deny the motion for reconsideration en banc.